# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| VIVIA HARRISON, AN INDIVIDUAL, <br> Appellant, <br> vs. <br> RAMPARTS, INC., LUXOR HOTEL & CASINO, A NEVADA DOMESTIC CORPORATION, <br> Respondents. | No. 78964 ✓ |
| VIVIA HARRISON, AN INDIVIDUAL, <br> Appellant, <br> vs. <br> RAMPARTS, INC., D/B/A LUXOR HOTEL & CASINO, A NEVADA DOMESTIC CORPORATION, <br> Respondents. | No. 80167 |

**FILED**

FEB 14 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK



## *ORDER DISMISSING APPEAL AND REGARDING MOTIONS*

Docket No. 78964 is an appeal from an order denying a motion for reconsideration of an order granting an attorney lien offset. Docket No. 80167 is an appeal from the final order dismissing the remaining defendant below, thereby constituting the final judgment in the action below. On November 14, 2019, this court entered an order in Docket No. 78964 directing appellant to show cause why the appeal should not be dismissed for lack of a substantively appealable order. Appellant has responded to this court's order and has filed a motion to combine the two appeals and to waive the filing fee for Docket No. 80167. Respondents have responded to

20-06247

the motion and to the order to show cause, and appellant has filed a reply to the motion to waive the filing fee and to combine the cases.[1]

Having considered the motions, responses and replies, this court concludes as follows. The appeal in Docket No. 78964 is dismissed for lack of jurisdiction. The appeal in Docket No. 80167 shall proceed. *See* NRAP 4(a)(6). Appellant may challenge any interlocutory orders, including the order denying the offset, in the appeal from the final judgment. The motion to waive the filing fee in Docket No. 80167 is denied. Appellant shall have 14 days from the date of this order to pay the filing fee in Docket No. 80167. Failure to pay the filing fee may result in the dismissal of this appeal.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:  Hon. Nancy L. Allf, District Judge
     James J. Jimmerson, Settlement Judge
     Moss Berg Injury Lawyers
     Lincoln, Gustafson & Cercos
     Matt Pfau Law Group
     Claggett & Sykes Law Firm
     Marquis Aurbach Coffing
     Eighth District Court Clerk

---

[1]Respondents' motion for an extension of time to file the response to the "Motion to Waive Filing Fee and Combine Cases" is granted. The response was filed on January 27, 2020.